IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

STAR JOSEPH,

    Plaintiff,

v.                                      No. 21-cv-0836 WJ-KRS

UNITED STATES, *et al*,

    Defendants.

### ORDER TO CURE DEFICIENCY

This matter comes before the Court on Plaintiff's Civil Letter-Complaint (Doc. 1). The Complaint seeks damages for, inter alia, treason and racketeering. The filing is deficient because Plaintiff failed to prepay the $402 civil fee, or alternatively, file a motion to proceed *in forma pauperis*. *See* 28 U.S.C. § 1915(a)(2). Plaintiff must cure this deficiency within thirty (30) days of entry of this Order. Any *in forma pauperis* motion must attach an inmate account statement reflecting transactions between February 26, 2021 and August 26, 2021. If Plaintiff has not been detained for six months, Plaintiff must submit a statement reflecting transactions between the date of his arrest/detention and August 26, 2021, when he filed the case. All filings must include the case number (21-cv-0836 WJ-KRS). The failure to timely prepay the filing fee or file an *in forma pauperis* motion that includes an inmate account statement will result in dismissal of this case without further notice.

**IT IS ORDERED** that within thirty (30) days of entry of this Order, Plaintiff must prepay the $402 filing fee, or alternatively, file a motion to proceed *in forma pauperis* along with an account statement, as set forth above; and the Clerk's Office shall mail Plaintiff a blank *in forma pauperis* motion.

_____
UNITED STATES MAGISTRATE JUDGE